UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KASSAHUN MEKURIA                                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26-CV-125-DCB-RPM

RAFAEL VERGARA                                                    RESPONDENT

### ORDER DIRECTING STATUS UPDATE

This matter is before the Court *sua sponte*.  On March 3, 2026, Kassahun Mekuria filed a pro se [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner is a native and citizen of Ethiopia.  At the time the petition was filed, he was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  He has been in ICE custody since December 2024.  In July 2025, an Immigration Judge ordered Petitioner removed to Ethiopia.  Petitioner waived his right to appeal from the Immigration Judge's order.

Respondent filed an answer on June 1, 2026.  [10].  According to Respondent, the Government is in the process of seeking to remove Petitioner to Ethiopia.  In a declaration dated June 1, 2026, Respondent advised that there is a high likelihood that the Ethiopian embassy will issue travel documents to Petitioner.  [10-3].  Respondent also indicated that Petitioner initially failed to comply and/or cooperate with removal proceedings.  Given the length of time Petitioner has been detained following his final order of removal, and considering controlling precedent of *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Court directs Respondent to provide an update regarding Petitioner's removal to Ethiopia.  This response should include a detailed description of efforts that have been made since June 1, 2026, to effectuate his removal.

IT IS THEREFORE ORDERED that, **on or before August 28, 2026**, Respondent shall file a status update in compliance with this Order.

SO ORDERED AND ADJUDGED, this the 7th day of August 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2